### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

### JOINT MOTION FOR ENTRY OF PROPOSED
### CASE MANAGEMENT ORDER NO. 1

Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs and Defendants, by their

undersigned counsel, hereby submit Proposed Case Management Order No. 1, attached hereto as

Ex. A, for the Court's consideration.


Dated: April 30, 2013                     Respectfully submitted,


                                          /s/ Eugene A. Spector
H. Laddie Montague, Jr.                   Eugene A. Spector
Eric L. Cramer                            Jeffrey J. Corrigan
Ruthanne Gordon                           Jay S. Cohen
Michael C. Dell'Angelo                    Jeffrey L. Spector
Candice J. Enders                         SPECTOR ROSEMAN KODROFF
BERGER & MONTAGUE, P.C.                       & WILLIS, P.C.
1622 Locust Street                        1818 Market Street, Suite 2500
Philadelphia, PA 19103                    Philadelphia, PA 19103
Tel: (215) 875-3000                       Tel: (215) 496-0300

Kit A. Pierson
Richard A. Koffman
Brent W. Johnson
Daniel H. Silverman
COHEN MILSTEIN SELLERS
    & TOLL PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC 20005
Tel:  (202) 408-4600

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Whitney E. Street
Jeffrey C. Block
Whitney E. Street
Mark A. Delaney
BLOCK & LEVITON, LLP
155 Federal Street, Suite 1303
Boston, MA 02110
Tel: (617) 398-5600

*Interim Co-Lead Counsel for Indirect
Purchaser Plaintiffs*


/s/ Steven E. Bizar
Steven E. Bizar
Landon Jones
BUCHANAN INGERSOLL &
ROONEY, P.C.
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
Tel: (215) 665-8700

*Counsel for New NGC, Inc., and Interim Liaison
Counsel for all Defendants*