IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Sundeep K. (Rob) Addy, Esquire, of Bartlit Beck Herman Palenchar & Scott LLP on behalf of USG Corporation, United States Gypsum Company, and L&W Supply Corporation, in the above-referenced case.

Dated: July 17, 2013

Respectfully submitted,

**BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP**

/s/ Sundeep K. Addy_____
Sundeep K. Addy (CO 38745)
1899 Wynkoop Street
8th Floor
Telephone:  (303) 592-3100
Facsimile:   (303) 592-3140
rob.addy@bartlit-beck.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2013, I caused to be electronically filed the foregoing Entry of Appearance with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System.

      /s/ Sundeep K. Addy_____
Sundeep K. Addy (CO 38745)
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
1899 Wynkoop Street
8th Floor
Telephone:  (303) 592-3100
Facsimile:   (303) 592-3140
rob.addy@bartlit-beck.com

*Attorneys for USG Corporation ,United States Gypsum Company, and L&W Supply Corporation*