IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## PRETRIAL ORDER NO. 4

**AND NOW,** this 18th day of September, 2013, following a pretrial conference on September 18, 2013 and argument of counsel:

1. The Court has determined that initial discovery shall be limited to the following issue:

Whether the record contains sufficient facts and/or opinions, admissible at trial, to allow a jury to find a violation of Section 1 of the Sherman Act, including whether there was an agreement between or among defendants.

2. This is not a ruling on any specific discovery dispute. Counsel will promptly meet and confer concerning discovery disputes, including defendants' contacts with putative class members.

3. Letters concerning discovery disputes shall be submitted by October 11, 2013 double-spaced with any exhibits tabbed. Lead counsel may each submit a rebuttal letter no longer than three (3) pages by October 16, 2013.

4. The next pretrial conference is scheduled for October 21, 2013 at 1:30 p.m.

5. Subpoenas served and any discovery secured from a third party, pursuant to Rule 45 F.R.Civ.P. shall be served on opposing lead counsel, together with any relevant

2

communications covering the scope of the subpoena, objection, or resolution of disputes.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437.pretrial.order.4.docx