PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

[~~PROPOSED~~] ORDER

AND NOW, this 14th day of October, 2013, upon consideration of the parties' joint letter-request for an extension of deadlines set forth in Pretrial Order No. 4 and to reschedule the pretrial conference, it is ORDERED:

1. Counsel shall submit letters concerning discovery disputes, as described in paragraph 3 of Pretrial Order No. 4, by October 18, 2013.

2. Lead counsel may each submit a rebuttal letter, as described in paragraph 3 of Pretrial Order No. 4, by October 23, 2013.

3. The next pretrial conference is scheduled for Oct 24, 2013 at 10:00 a.m.

Dated: Oct 14, 2013

HON. MICHAEL M. BAYLSON, U.S.D.J.

1

NEWYORK 8887915