IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated and agreed, between and among the direct purchaser plaintiffs, the indirect purchaser plaintiffs and TIN, Inc., as follows:

1. In each instance where "TIN, Inc. d/b/a/ Temple Inland Inc." or "Temple Inland," appears in the Direct Purchasers' Consolidated Amended Class Action Complaint and Demand for Jury Trial ("Direct CAC") (Doc. No. 20) or in the Class Action Complaint filed by the indirect purchaser plaintiffs ("Indirect CAC") (Doc. No. 21), it shall be deemed to read "TIN, Inc." Direct purchaser plaintiffs and indirect purchaser plaintiffs are not required to file an amended complaint.

2. TIN, Inc. previously answered the Direct CAC (Doc. No. 42) and the Indirect CAC (Doc. No. 43).

Dated: October 31, 2013                                         Respectfully Submitted,


*s/ Kit A. Pierson*                                             *s/ H. Laddie Montague, Jr.*
Kit A. Pierson                                                  H. Laddie Montague, Jr.
Richard A. Koffman                                              Eric L. Cramer
Brent W. Johnson                                                Ruthanne Gordon
Daniel H. Silverman                                             Michael C. Dell'Angelo
COHEN MILSTEIN SELLERS                                          Candice J. Enders
 & TOLL PLLC                                                    BERGER & MONTAGUE, P.C.
1100 New York Ave., N.W., Suite 500 West                        1622 Locust Street
Washington, DC 20005                                            Philadelphia, PA 19103
Tel: (202) 408-4600                                             Tel: (215) 875-3000


*s/ Eugene A. Spector*
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
Rachel E. Kopp
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF &
 WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*


*s/ Whitney Street*                                             *s/ Robert S. Green*
Whitney E. Street                                               Robert S. Green
Jeffrey C. Block                                                James Robert Noblin
Mark A. Delaney                                                 Lesley E. Weaver
**BLOCK & LEVITON, LLP**                                        **GREEN & NOBLIN, P.C.**
155 Federal Street, Suite 1303                                  700 Larkspur Landing Circle, Suite 275
Boston, MA 02110                                                Larkspur, CA 94939
Tel: (617) 398-5600                                             Tel: (415) 477-6700

*s/ Michael G. McLellan*
Michael G. McLellan
Douglas G. Thompson, Jr.
L. Kendall Satterfield
Eugene J. Benick
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, D.C. 20007
Tel: (202) 337-8000

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs*


*s/ James T. McKeown*
James T. McKeown
Elizabeth A. N. Haas
FOLEY & LARDNER LLP
777 E. Wisconsin Ave., Suite 3800
Milwaukee, WI 53202
Tel: (414) 271-2400

*Counsel for TIN Inc.*


IT IS SO ORDERED.

Dated: _____, 2013      _____
                                        MICHAEL M. BAYLSON
                                        United States District Judge