### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2437<br>13-MD-2437 |

### STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated and agreed, between and among the direct purchaser plaintiffs, indirect purchaser plaintiffs, CertainTeed Corporation ("CertainTeed Corp.") and CertainTeed Gypsum, Inc. ("CertainTeed Gypsum"), as follows:

1. In each instance where CertainTeed Corp., appears in the Direct Purchasers' Consolidated Amended Class Action Complaint and Demand for Jury Trial ("Direct CAC") (Doc. No. 20) or in the Class Action Complaint filed by the indirect purchaser plaintiffs ("Indirect CAC") (Doc. No. 21) (collectively, the "Complaints"), it shall be deemed to read "CertainTeed Gypsum." Direct purchaser plaintiffs and indirect purchaser plaintiffs are not required to file amended complaints.

2. CertainTeed Gypsum shall accept this stipulation in lieu of service of the Complaints.

3. CertainTeed Gypsum hereby fully adopts CertainTeed Corp.'s Answer to Direct Purchasers' Consolidated Amended Class Action Complaint and Demand for Jury Trial (Doc. No. 49) and CertainTeed Corp.'s Answer to Indirect Purchasers' First Amended Consolidated Class Action Complaint (Doc. No. 50) as its responses to the Complaints.

4. Any statute of limitations, statute of repose, or other time-related defense based on federal, state or other law, or the common law, whether at law, at equity, or otherwise (including, but not limited to, defenses based on the doctrines of waiver, laches, acquiescence, or estoppel) (any "time-related defense") that may be applicable to any claim for relief arising from or relating to the facts, events and circumstances alleged in the Complaints on behalf of putative direct purchaser class members or putative indirect purchaser class members as defined in the Complaints is hereby tolled for the direct purchaser plaintiffs, indirect purchaser plaintiffs and for all putative class members sought to be represented by those plaintiffs, for the duration of, and shall not run at any time during, the period beginning the day on which the direct purchaser plaintiffs, indirect purchaser plaintiffs and CertainTeed Corp. execute this Agreement, and lasting for the pendency of this litigation against CertainTeed Gypsum (the "Tolling Period"). CertainTeed Corp. agrees not to assert directly or indirectly, plead, raise by defense or avoidance, or otherwise rely on any passage of time during the Tolling Period in asserting any time-related defense with respect to any claim for relief arising from the conspiracy alleged in the Complaints. The Tolling Period shall apply to any action filed against CertainTeed Corp. by the direct purchaser plaintiffs, indirect purchaser plaintiffs or putative class members as defined in the Complaints, regardless of when such action is commenced. Nothing in this Agreement shall be construed as precluding CertainTeed Corp. from asserting any defense that any claims in any complaint are untimely, provided that CertainTeed Corp. does not rely on the passage of time during the Tolling Period to argue that the claims are time-barred.

Dated:  November 25, 2013  Respectfully Submitted,

*s/ Kit A. Pierson*  
Kit A. Pierson  
Richard A. Koffman  
Brent W. Johnson  
Daniel H. Silverman  
COHEN MILSTEIN SELLERS  
 & TOLL PLLC  
1100 New York Ave., N.W., Suite 500 West  
Washington, DC 20005  
Tel:  (202) 408-4600  

*s/ H. Laddie Montague, Jr.*  
H. Laddie Montague, Jr.  
Ruthanne Gordon  
Michael C. Dell'Angelo  
Candice J. Enders  
BERGER & MONTAGUE, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
Tel: (215) 875-3000  

*s/ Eugene A. Spector*  
Eugene A. Spector  
Jeffrey J. Corrigan  
Rachel E. Kopp  
Jeffrey L. Spector  
SPECTOR ROSEMAN KODROFF &  
 WILLIS, P.C.  
1818 Market Street, Suite 2500  
Philadelphia, PA 19103  
Tel: (215) 496-0300  

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

*s/ Whitney Street*  
Whitney E. Street  
Jeffrey C. Block  
Mark A. Delaney  
**BLOCK & LEVITON, LLP**  
155 Federal Street, Suite 1303  
Boston, MA 02110  
Tel:  (617) 398-5600  

*s/ Robert S. Green*  
Robert S. Green  
James Robert Noblin  
Lesley E. Weaver  
**GREEN & NOBLIN, P.C.**  
700 Larkspur Landing Circle, Suite 275  
Larkspur, CA 94939  
Tel: (415) 477-6700

*s/ Michael G. McLellan*
Michael G. McLellan
Douglas G. Thompson, Jr.
L. Kendall Satterfield
Eugene J. Benick
**FINKELSTEIN THOMPSON LLP**
1077 30th Street NW, Suite 150
Washington, D.C. 20007
Tel: (202) 337-8000

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs*


*s/ J. Mark Gidley*
J. Mark Gidley
Peter J. Carney
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone:  (202) 626-3662
Facsimile:  (202) 639-9355

Robert A. Milne
WHITE & CASE LLP
1155 Avenue of the Americas
New York, N.Y. 10036
Telephone:  (212) 819-8924
Facsimile:  (212) 354-8113

*Counsel for CertainTeed Corporation and CertainTeed Gypsum, Inc.*