IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions | |

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS FROM IDENTIFIED CUSTODIANS**

Defendants American Gypsum Company LLC, Eagle Materials Inc., CertainTeed Gypsum, Inc., Lafarge North America Inc., New NGC, Inc., PABCO Building Products, LLC, TIN Inc., United States Gypsum Company, and USG Corporation (collectively, "Defendants") hereby withdraw at this time their Motion to Compel Plaintiffs to Produce Documents from Identified Custodians (the "Motion"), Dkt. No. 101 (March 29, 2014). Based on representations by Counsel for Grubb Lumber regarding the scope of Grubb Lumber's document collection and additional documents that Grubb Lumber will produce, Defendants do not believe this matter requires the Court's attention at this time and withdraw the Motion without prejudice. If, however, Grubb Lumber does not make a supplemental production or Defendants believe its production is deficient, Defendants respectfully ask that they be permitted to refile the Motion.

Dated: April 11, 2014

Respectfully Submitted,

/s/ David Suggs

David Suggs
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
dsuggs@whitecase.com

*Counsel for Defendant CertainTeed Gypsum, Inc. and on behalf of Defendants American Gypsum*

1

*Company LLC and Eagle Materials Inc., Lafarge North America Inc., New NGC, Inc., PABCO Building Products, LLC, TIN Inc., United States Gypsum Company, and USG Corporation*

.

## CERTIFICATE OF SERVICE

I, David Suggs, hereby certify that on this 11th day of April 2014, I caused a copy of the foregoing Notice Of Withdrawal Of Motion To Compel Plaintiffs To Produce Documents From Identified Custodians and the accompanying papers to be served upon the following counsel of record via the Court's electronic filing system.

H. Laddie Montague, Jr.
Eric L. Cramer
Ruthanne Gordon
Michael C. Dell'Angelo
Candice J. Enders
BERGER & MONTAGUE, PC
1622 Locust Street
Philadelphia, PA  19103
Email:  hlmontague@bm.net
           ecramer@bm.net
           rgordon@bm.net
           mdellangelo@bm.net
           cenders@bm.net

Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
SPECTOR ROSEMAN KODROFF & WILLIS, PC
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Email:  espector@srkw-law.com
           jcorrigan@srkw-law.com
           jcohen@srkw-law.com

Kit A. Pierson
Richard A. Koffman
Brent W. Johnson
Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC  20005
Email:  kpierson@cohenmilstein.com
           rkoffman@cohenmilstein.com
           bjohnson@cohenmilstein.com
           dsilverman@cohenmilstein.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

Robert S. Green
James Robert Noblin
Lesley E. Weaver
GREEN & NOBLIN, PC
700 Larkspur Landing Circle, Suite 275
Larkspur, CA  94939
Email:   rsg@classcounsel.com
            jrn@classcounsel.com
            lew@classcounsel.com

Jeffrey C. Block
Whitney Street
Mark A. Delaney
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA  2110
Email:   jeff@blockesq.com
            whitney@blockesq.com
            mark@blockest.com

Douglass G. Thompson, Jr.
L. Kendall Satterfield
Michael G. McLellan
Eugene J. Benick
FINKELSTEIN THOMPSON LLP
1077 30th Street, NW, Suite 250
Washington, DC  20007
Email:   dthompson@finkelsteinthompson.com
             ksatterfield@finkelsteinthompson.com
             mmclellan@finkelsteinthompson.com
             ebenick@finkelsteinthompson.com

*Co-Lead Counsel for Indirect Purchaser Plaintiffs and the Proposed Class*

| | |
|---|---|
| David Marx, Jr.<br>David L. Hanselman, Jr.<br>McDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>Tel: (312) 372-2000<br>Email: dmarx@mwe.com<br>             dhanselman@mwe.com | Thomas S. Brown<br>Michael J. McLaughlin<br>BUTLER PAPPAS WEIHMULLER<br>KATZ CRAIG LLP<br>1818 Market Street, Suite 2740<br>Philadelphia, PA 19103<br>Tel: (215) 405-9191<br>Email: tbrown@butlerpappas.com<br>             mmclaughlin@butlerpappas.com |

Megan V. Morley
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC 20001
Tel: (202) 756-8000
Email: mmorley@mwe.com

*Counsel for Defendant American Gypsum Company LLC*

Philip S. Beck
Rebecca Weinstein Bacon
Adam L. Hoeflich
Sundeep Kumar Addy
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Email:   philip.beck@bartlit-beck.com
             rweinstein@bartlit-beck.com
             adam.hoeflich@bartlit-beck.com
             rob.addy@bartlit-beck.com

*Counsel for Defendants USG Corporation and United States Gypsum Company*

2

| | |
|---|---|
| Mark W. Nelson<br>Kathleen W. Bradish<br>CLEARY GOTTLIEB STEEN &<br>    HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Email:   mnelson@cgsh.com<br>            kbradish@cgsh.com | Leslie E. John<br>Marcel S. Pratt<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>Email:   johnl@ballardspahr.com<br>            prattm@ballardspahr.com |

*Counsel for Defendant Lafarge North America, Inc.*

| | |
|---|---|
| Bradley C. Weber<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX  75201<br>Email:   bweber@lockelord.com | Gregory T. Casamento<br>LOCKE LORD LLP<br>Three World Financial Center<br>New York, NY  10281<br>Email:   gcasamento@lockelord.com |

*Counsel for Defendant PABCO Building Products, LLC*

| | |
|---|---|
| Steven E. Bizar<br>H. Marc Tepper<br>Landon Y. Jones<br>BUCHANAN INGERSOLL & ROONEY PC<br>Two Liberty Place,<br>50 S. 16th Street, Ste. 3200<br>Philadelphia, PA 19102-2555<br>steven.bizar@bipc.com<br>marc.tepper@bipc.com<br>landon.jones@bipc.com | Everett J. Bowman<br>Lawrence C. Moore, III<br>ROBINSON BRADSHAW & HINTON, PA<br>101 North Tryon Street, Ste. 1900<br>Charlotte, NC  28246<br>ebowman@rbh.com<br>lmoore@rbh.com |

*Counsel for Defendant New NGC, Inc. d/b/a National Gypsum Company*

James T. McKeown
Elizabeth A. N. Haas
FOLEY & LARDNER LLP
777 East Wisconsin Avenue, Suite 3800
Milwaukee, WI  53202
Email:   jmckeown@foley.com
            ehaas@foley.com

*Counsel for Defendant TIN Inc. (commonly known as Temple-Inland Inc.)*

|   |
|---|
| /s/ David Suggs |
| David Suggs |