IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437 13-MD-2437 |
| THIS DOCUMENT RELATES TO: All Actions | |

NOTICE OF WITHDRAWAL OF PLAINTIFFS' JOINT MOTION
TO COMPEL ADDITIONAL DOCUMENT CUSTODIANS AND
PRODUCTION OF CALENDAR ENTRIES

Direct and Indirect Purchaser Plaintiffs hereby withdraw their Joint Motion to Compel Additional Document Custodians and Production of Calendar Entries (the "Motion"), Dkt. No. 100 (March 28, 2014). Counsel for Plaintiffs and Defendant New NGC Inc. have reached an agreement regarding the relief sought by the Motion, and the matter no longer requires the Court's attention.

April 28, 2014                                      Respectfully submitted,

                                                     / s / Brent W. Johnson
                                                    Brent W. Johnson
                                                    COHEN MILSTEIN
                                                    SELLERS & TOLL PLLC
                                                    1100 New York Ave., NW, Suite 500
                                                    Washington, DC  20005
                                                    Tel:  (202) 408-4600
                                                    Email: bjohnson@cohenmilstein.com

                                                    *On behalf of all Direct and Indirect
                                                    Purchaser Interim Co-Lead Counsel*

<div style="column-count:2">

H. Laddie Montague, Jr.
Ruthanne Gordon
Michael C. Dell'Angelo
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000
Email: hlmontague@bm.net
    rgordon@bm.net
    mdellangelo@bm.net
    ccoslett@bm.net

Kit A. Pierson
Richard A. Koffman
Brent W. Johnson
David A. Young
COHEN MILSTEIN
SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, DC  20005
Tel:  (202) 408-4600
Email: kpierson@cohenmilstein.com
    rkoffman@cohenmilstein.com
    bjohnson@cohenmilstein.com
    dyoung@cohenmilstein.com

Eugene A. Spector
Jeffrey J. Corrigan
Rachel E. Kopp
Jeffrey L. Spector
SPECTOR ROSEMAN
KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Tel:  (215) 496-0300
Email: espector@srkw-law.com
    jcorrigan@srkw-law.com
    rkopp@srkw-law.com
    jspector@srkw-law.com

</div>

*Interim Co-Lead Counsel for the Proposed Class of Direct Purchasers*

<div style="column-count:2">

Robert S. Green
James Robert Noblin
Lesley E. Weaver
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, CA  94939
Tel: (415) 477-6700
Fax: (415) 477-6710

Whitney Street
BLOCK & LEVITON, LLP
155 Federal Street, Suite 1303
Boston, MA  02110
Tel:  (617) 398-5600
Fax: (617) 507-6020

Michael G. McLellan
Douglas G. Thompson, Jr.
L. Kendall Satterfield
Eugene J. Benick
FINKELSTEIN THOMPSON LLP
1077 30th Street NW, Suite 150
Washington, D.C. 20007
Tel:  (202) 337-8000
Fax:  (202) 337-8090

</div>

*Interim Co-Lead Counsel for the Proposed Class of Indirect Purchasers*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Withdrawal of Plaintiffs' Joint Motion to Compel Additional Document Custodians and Production of Calendar Entries to be served on all counsel via ECF on April 28, 2014.

/ s / Brent W. Johnson
Brent W. Johnson