# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions | |

### DIRECT PURCHASER PLAINTIFFS' FIRST AMENDED INITIAL DISCLOSURES

Direct Purchaser Plaintiffs make this First Amended Initial Disclosure Statement pursuant to Fed. R. Civ. P. 26(a)(1)(A) and the proposed Initial Discovery Plan submitted by Plaintiffs to the Court on August 2, 2013. (Dkt. 53-1). Direct Purchaser Plaintiffs make these disclosures based on their current knowledge, without benefit of formal discovery in this action, and without waiver of attorney-client privilege, work-product doctrine, or any applicable privilege or protection. Direct Purchaser Plaintiffs reserve the right to amend or to supplement these disclosures in accordance with Fed. R. Civ. P. 26(e).

**(i)** **Identity of persons reasonably likely to have information that Direct Purchaser Plaintiffs may use to support their claims:**

Each Direct Purchaser Plaintiff states that the following person(s) within its organization have or had responsibility for the purchase of drywall from Defendants and may have discoverable information:

**Grubb Lumber Company, Inc.:**

David Arronson
Grubb Lumber Company, Inc.
200 A Street
Wilmington, DE 19801

June Armstrong
Grubb Lumber Company, Inc.
200 A Street
Wilmington, DE 19801

John Connell
Grubb Lumber Company, Inc.
200 A Street
Wilmington, DE 19801

Darrell Evans
Grubb Lumber Company, Inc.
200 A Street
Wilmington, DE 19801

Jeff Haggerty
Grubb Lumber Company, Inc.
200 A Street
Wilmington, DE 19801

c/o Joshua D. Snyder
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: (610) 822-0200
Email: jsnyder@bonizack.com

**Janicki Drywall, Inc.:**

Charles C. Janicki
Janicki Drywall, Inc.
5400 E. Lake Road
Erie, PA 16511

c/o Michael Dell'Angelo
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net

**New Deal Lumber & Millwork Co., Inc.:**

Phil Miller
President
New Deal Lumber & Millwork Co., Inc.
5149 Lancaster Avenue
Philadelphia, PA 19131

c/o Eugene A. Spector
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Email: espector@srkw-law.com

**Sierra Drywall Systems, Inc.:**

Patrick Pendley
President
Sierra Drywall Systems, Inc.
4716 North Perryville Rd.
Litchfield Park, AZ 85340
Debbie Pendley
Vice President
Sierra Drywall Systems, Inc.
4716 North Perryville Rd.
Litchfield Park, AZ 85340

c/o Kit A. Pierson
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW

Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Email: kpierson@cohenmilstein.com

The following individuals may also possess information that Direct Purchaser Plaintiffs may use to support their claims, including information related to purchases of drywall, Defendants' prices for drywall, the use of "job quotes" for drywall, and Defendants' practices of putting purchasers on allocation.

| | |
|---|---|
| Steve DeLaune<br>Acoustical Specialties & Supply<br>12433 S. Choctaw Drive<br>Baton Rouge, LA  70815<br>Tel: (225) 275-3440 | Stephen Smith<br>Allsouth Drywall Supply Company<br>5580 Matt Highway<br>Cumming, GA  30028<br>Tel: (678) 513-6993 |
| Bradley Campbell<br>Campbell Supply Co.<br>1610 Sewall Avenue<br>Neptune, NJ  07753<br>Tel: (732) 775-8800 | Daniel Carstens<br>Building Express, Inc.<br>4170 US 23 South<br>Alpena, MI 49707<br>Tel: (989) 358-0808 |
| Mike Casimiro<br>Casco Construction Corp.<br>1919 Diamond Creek Drive<br>Colorado Springs, CO<br>Tel: (719) 287-8377 | James Cauley<br>Ceiling Systems Distributors<br>2410 Woodmere Drive<br>Pittsburgh, PA  15205<br>Tel: (412) 922-7100 |
| Brian King<br>CF Supply, Inc.<br>4210 Sayles Boulevard<br>Abilene, TX  79605<br>Tel: (325) 675-5095 | Charlie Anderson<br>Charleston Acoustics, Inc.<br>900 MacCorkle Avenue, S.W.<br>Charleston, WV  25303<br>Tel: (304) 343-1332 |
| Douglas Calabrese<br>The Conking & Calabrese Company<br>111 Parce Avenue, Suite 2<br>Fairport, NY  14450<br>Tel: (585) 388-1111 | Joe Fortunato, Jr.<br>Fortune Gypsum Products<br>3173 Fire Road<br>Egg Harbor Township, NJ  08234<br>Tel: (609) 646-9350 |

Brian Roll
George J. Roll & Sons, Inc.
2258 Vermont Street
Blue Island, IL 60406
Tel: (708) 385-0175

Kyle Darr
Home Supply Center, Inc.
711 N. Front Street
Fremont, OH 43420
Tel: (419) 332-3311

Alfred Lattanzio
Lattanzio Lumber Co.
11 Springfield Avenue
Somerset, NJ 08873
Tel: (732) 545-5026

David Pelletier
National Lumber Co.
245 Oakland Street
Mansfield, MA 02048
Tel: (508) 399-8020

Rick Smith
Southwest Building Materials, Ltd.
3401 S. Fillmore
Amarillo, TX 79110
Tel: (806) 379-7866

Aaron Copp
Toll Bros.
400 Travis Court
Irving, TX 75038
Tel: (303) 898-2187

Brent Paugh
Georgia-Pacific LLC
c/o David Debold
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500

Dan Cady
Holmes Drywall Supply
1701 W. 25th
Kansas City, MO 64108
Tel: (816) 471-7595

Joseph Coppola
Jafco Supply Corporation
4300 South Clinton Avenue
South Plainfield, NJ 07080
Tel: (908) 668-7800

Mike Bilicki
Marriott Drywall Materials
W229 N2514 Duplainville Road
Waukesha, WI 53186
Tel: (262) 548-9599

Ryan Robinson
Ohio Gypsum Supply
4715 Urbana Road
Springfield, OH 45502
Tel: (937) 323-9562

Steve Finelli
State Road Building Supply Company, Inc.
1840 S. State Road
Upper Darby, PA 19082
Tel: (610) 259-8840

Jerry Barnes
424 Oakwood Circle
Denton, TX 76208
Tel: (940) 321-3225

Mark Atkins
Georgia-Pacific LLC
c/o David Debold
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500

| | |
|---|---|
| Leo Bissonette<br>Georgia-Pacific LLC<br>c/o David Debold<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Tel: (202) 955-8500 | Michael Clay<br>c/o David Debold<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Tel: (202) 955-8500 |
| Kathryn Thompson<br>Thompson Research Group<br>2525 West End Ave. Suite 1440<br>Nashville, TN 37203<br>Tel: (615) 891-6206 | Robert B. Bruce B.Sc. Ph. D.<br>Innogyps<br>7 Innovation Drive<br>Unit 122<br>Flamborough, Ontario<br>L9H 7H9 Canada<br>Tel: (905) 690-6161 |

In addition, present and former employees of the Defendants and their wholly-owned subsidiaries who had responsibility regarding pricing, the terms and conditions of sale (including job quotes), and supply of drywall may also possess information that Direct Purchaser Plaintiffs may use to support their claims:

| **Eagle Materials, Inc./American Gypsum Company LLC** | **PABCO Building Products, LLC** |
|---|---|
| David Bates | Mark Burkhammer |
| Bennie Lenox | Brian Hobdy |
| Keith Metcalf | Phil Kohl |
| David Powers | Emil Kopilovich |
| Mary Schafer | Ryan Lucchetti |
| Brad Tonkin | Todd Thomas |
| Don Warner | Mike Willoughby |
| Susan Hall | Richard Ladwid |
| | Sergio Mazzocato |
| | Dean Smith |

| **CertainTeed Corporation** | **TIN Inc. d/b/a Temple-Inland Inc.** |
|---|---|
| Keith Campbell | William "Bill" Campbell |
| John Donaldson | Tamala Julian |
| Dave Engelhardt | David Kellam |
| Steve Hawkins | Susan Kosiba |
| Daniel T. Kennard | Leonard "Michael" Latham |
| Darrell Williams | Pat Maley |
| Jim Hand | Steven Raley |
| Joe Alonzo | Gaylon "Bruce" Shrader |
| Renee Chesler | Ralph Stagner |
| Gerard Daniels | James "Jay" Wyatt |
| Frank Demarinis | Melissa Chumley |
| Ray Deemer | Brenda Elliott |
| Ed Maloney | **USG Corporation/United States Gypsum Company** |
| Bill Mazurie | |
| Chris Mehl | Scott Blanchard |
| Randy Monahan | Matthew Byrne |
| Mark Salmon | Elaine Chapa |
| **Lafarge North America Inc.** | Kevin Courtney |
| David Briggs | Christopher Griffin |
| Jay Conlin | Christopher Lawson |
| Steve DeMay | James Metcalf |
| | Gregory Salah |

| | |
|---|---|
| Gerald Emili | Donald Brandt |
| Robbe Pearson | Jeffrey Broker |
| Ike Preston | Bruce Dunning |
| Eric Rodgers | John Durrant |
| Isabelle Shiffrin | Greg Kovacs |
| Rob Anderson | Stephen Leyden |
| Brian Ponder | Bruce Nameth |
| Charles Flack | Debra Ortiz |
| Ed Green | John Pappas |
| Debbie Master | Mike Toole |
| Wayne Wilson | Dean Updegrove |
| **New NGC, Inc. ("National Gypsum")** | Steve Bjorklund |
| John Corsi | Patrick Desmond |
| Scott Crutchfield | Mark Garland |
| Bill Kelly | Joseph Holmes |
| John Mixson | Curtis Malone |
| Craig Weisbruch | Kevin Moyer |
| Kurt Withrock | Perry Tuttle |
| Duane Wood | Srinivas Veeramasuneni |
| Scott Carlsen | Bill White |
| Tom Cusack | |
| Lee Holder | |

Phil Redmon

Bob Couche

Maurice Ditchard

Tom Harwood

Tim Hessert

Matt London

Steve Martinez

Chris Pinckney

Frank Stola

Todd Broud

Eli Stav

**(ii)    Categories of documents and electronically stored information maintained by the Direct Purchaser Plaintiffs which they may use to support their claims:**

Each Direct Purchaser Plaintiff maintains purchasing records or data and any other documents or data relating to purchases of drywall from Defendants at the following locations:

**Grubb Lumber Company, Inc.:**

Grubb Lumber Company, Inc.
200 A Street
Wilmington, DE 19801

**Janicki Drywall, Inc.:**

Janicki Drywall, Inc.
5400 E. Lake Road
Erie, PA 16511

**New Deal Lumber & Millwork Co., Inc.:**

New Deal Lumber & Millwork Co., Inc.

9

>5149 Lancaster Avenue
>Philadelphia, PA 19131

>**Sierra Drywall Systems, Inc.:**

>Sierra Drywall Systems, Inc.
>4716 North Perryville Rd.
>Litchfield Park, AZ 85340

Direct Purchaser Plaintiffs may also use statements or other information from the following publications and/or articles to support their claims:

1. Longbow Research Survey (April 2, 2012 and December 18, 2012).

2. Longbow Research Industry Update (October 11, 2011).

3. Global Gypsum Magazine (*Global Gypsum Evolution: Where to Now?*, January 12, 2012).

4. Finance & Commerce (*Not good timing: Drywall prices rising*, Feb. 16, 2012)

5. Thompson Research Group Flashnote (October 3, 2011).

6. J.P. Morgan North America Equity Research Report: USG Corporation (February 27, 2013).

**(iii)** **Computation of damages claimed:**

Direct Purchaser Plaintiffs claim overcharge damages to the proposed class. Calculation of those overcharges is premature until discovery is obtained from Defendants sufficient to allow the overcharges to be determined.

**(iv)** **Insurance Agreements:**

This is not applicable to Direct Purchaser Plaintiffs.

Dated: August 30, 2013                                              Respectfully submitted,

/s/ *H. Laddie Montague, Jr.*                                       /s/ *Kit A. Pierson*
H. Laddie Montague, Jr.                                             Kit A. Pierson
Eric L. Cramer                                                      Richard A. Koffman
Ruthanne Gordon                                                     Brent W. Johnson
Michael C. Dell'Angelo                                              Jeff Dubner
Candice J. Enders                                                   COHEN MILSTEIN SELLERS & TOLL PLLC
BERGER & MONTAGUE, P.C.                                             1100 New York Ave., NW
1622 Locust Street                                                  Suite 500 West
Philadelphia, PA  19103                                             Washington, DC 20005
Tel: (215) 875-3000                                                 Tel:  (202) 408-4600
Email: hlmontague@bm.net                                            Email: kpierson@cohenmilstein.com
       ecramer@bm.net                                                      rkoffman@cohenmilstein.com
       rgordon@bm.net                                                      bjohnson@cohenmilstein.com
       mdellangelo@bm.net                                                  jdubner@cohenmilstein.com
       cenders@bm.net

/s/ *Eugene A. Spector*
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
Jeffrey L. Spector
Rachel E. Kopp
SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Email: espector@srkw-law.com
       jcorrigan@srkw-law.com
       jcohen@srkw-law.com
       jspector@srkw-law.com
       rkopp@srkw-law.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*