# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL NO. 2437**<br>**13-MD-2437** |

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

## ORDER

AND NOW, this 12th day of May, 2014, it is hereby **ORDERED** that Defendant's Motion to Compel (ECF 99) is **GRANTED** in part and **DENIED** in part, for the reasons set forth in the foregoing memorandum.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J**

O:\13-MD-2437 - drywall\13md2437.order.discovery5.12.14.docx