UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

### [PROPOSED] PRETRIAL ORDER NO. 8 – EXPERT DISCOVERY AND SUMMARY JUDGMENT

AND NOW, this __ day of June, 2014, the Court, upon the parties' stipulation, enters the following schedule to govern expert discovery and summary judgment proceedings:

1. The parties shall complete Phase I fact discovery by October 31, 2014.

2. On or before June 27, 2014, Plaintiffs shall submit to Defendants a pretrial statement on the topics set forth in this Court's May 12, 2014 Memorandum (Dkt. No. 118) at 10-11.

3. On or before September 19, 2014, Defendants shall submit to Plaintiffs a pretrial statement on the topics set forth in this Court's May 12, 2014 Memorandum (Dkt. No. 118) at 11.

4. On or before December 5, 2014, Plaintiffs shall supplement their initial pretrial statement and submit it to Defendants.

5. Plaintiffs shall submit their expert witness report(s) on or before December 16, 2014. Within five (5) days from the date of submission of Plaintiffs' expert witness report(s), Plaintiffs will produce any materials and data relied on by such experts that have not previously been produced (including all input and output files), along with the

appropriate computer program(s) (unless readily commercially available) and instructions/dictionaries.  Upon written request from Defendants, Plaintiffs shall send any such materials and data by overnight delivery to an address of Defendants' selection.

6.  Defendants shall complete the deposition of Plaintiffs' expert witness and submit their expert witness report(s) on or before February 13, 2015.  Within five (5) days from the date of submission of Defendants' expert witness report(s), Defendants will produce any materials and data relied on by such experts that have not previously been produced (including all input and output files), along with the appropriate computer program(s) (unless readily commercially available) and instructions/dictionaries.  Upon written request from Plaintiffs, Defendants shall send any such materials and data to Plaintiffs' expert by overnight delivery.

7.  Plaintiffs shall complete the deposition of Defendants' expert witness and submit a reply to Defendants' expert report(s) on or before March 31, 2015.

8.  Defendants shall file their motions for summary judgment on or before April 30, 2015.

9.  Plaintiffs' opposition to Defendants' motions for summary judgment shall be filed on or before June 19, 2015.

10. Defendants' reply to Plaintiffs' opposition shall be filed on or before July 31, 2015.

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                       **HON. MICHAEL M. BAYLSON,**
                                       **U.S.D.J.**