IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>All Actions | **MDL No. 2437**<br><br>**13-MD-2437** |

## ORDER

And NOW, this 9th day of October 2014, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Indirect Purchaser Plaintiffs' Motion to Compel Production of Defendant CertainTeed Gypsum, Inc.'s Antitrust Compliance Policies (ECF No. 138) is GRANTED.  Defendant CertainTeed Gypsum, Inc. shall produce all such policies no later than October 16, 2014.

                                                        BY THE COURT:

                                                        /s/ Michael M. Baylson
                                                        _____
                                                        **Michael M. Baylson, U.S.D.J.**