# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **DATE OF NOTICE:** October 27, 2014 |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** will be held **Thursday, October 30, 2014 at 11:00 a.m.**, with the Honorable Michael M. Baylson. Plaintiff's counsel to initiate call.

/s/ Joanne B. Bryson

_____

Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc: Steven Bizar, Esquire (steven.bizar@bipc.com)
H. Laddie Montague, Jr., Esquire (hlmontague@bm.net)

O:\13-MD-2437 - drywall\13md2437.tc.notice.102714.docx