IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL<br>ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM THIRD PARTIES**

**AND NOW**, this 14th day of November, 2014, upon consideration of Plaintiff's Motion to (A) Obtain Unredacted Investigative Files from Thompson Research Group, LLC and Longbow Research; and (B) Purchase Unredacted Reports from Thompson Research Group, LLC and accompanying Memorandum of Law (ECF 135, ECF 136), Longbow Research's Memorandum in Opposition (ECF 142), Thompson Research Group LLC's Memorandum in Opposition (ECF 146), Plaintiffs' Reply in Support of Their Motion (ECF 151), the oral arguments presented at the hearing held on October 6, 2014 (ECF 153), and the supplemental letters filed by counsel (ECF 149, ECF 172), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** for the reasons stated in the foregoing memorandum.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437.Order.Pl.Mot.Obtain.Unredacted.Files.11.12.14.docx