# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AUTOMOTIVE REFINISHING
PAINT ANTITRUST LITIGATION

MDL DOCKET NO. 1426

FILED OCT 13 2004

## ORDER

AND NOW, this _____ day of October, 2004, upon consideration of Class Counsel's Joint Petition for Interim Award of Attorneys' Fees and Reimbursement of Expenses and Incentive Payments to the Class Representatives, and all submissions filed in support thereof, and opposition thereto, and after a hearing on September 1, 2004, it is ORDERED as follows:

1. Class Counsel are awarded interim counsel fees in the amount of $21,538,000, with accrued interest.

2. Class Counsel are awarded reimbursement of out-of-pocket expenses in the amount of $711,974.60, with accrued interest.

3. An amount of $1,000,000 shall be set aside for expenses incurred in the continuing prosecution of this litigation, as well as expenses related to the administration of the Settlement Fund.

4. Incentive awards in the amount of $15,000 each are awarded to the four Class Representatives, Crawford's Auto Center, Inc., 70-30 Corporation t/a Maaco Auto Painting & Body Works, Howard J. Walters d/b/a Randolph Auto Supply Co., and David R. Bosak d/b/a Supreme Bodywerks, Inc.

5. Co-Lead Counsel are responsible for allocating and distributing counsel fees and expenses to be paid to Class Counsel.

6. The Court retains jurisdiction over the Settlement Agreement to include resolution of any matters which may arise related to the allocation and distribution of attorneys' fees and expenses to Class Counsel.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge

ENTERED
OCT 14 2004
CLERK OF COURT