**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the attached Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Proposed Settlements with TIN, Inc., USG Corp., United States Gypsum Co. and L&W Supply Corp., for Certification of Settlement Classes and Authorization to Disseminate Notice to the Settlement Classes has been duly served on all counsel *via* ECF on February 12, 2015.

                                                /s/ Jeffrey J. Corrigan
                                                   Jeffrey J. Corrigan