# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH TIN, INC. AND USG CORPORATION, UNITED STATES GYPSUM COMPANY, AND L&W SUPPLY CORPORATION AND REQUEST FOR AUTHORIZATION TO UTILIZE UP TO $2,500,000 OF THE SETTLEMENT FUNDS FOR ONGOING LITIGATION EXPENSES**

Pursuant to the Court's March 16, 2015 Orders preliminarily approving the proposed Settlements with Defendant TIN, Inc. (Doc. 183) and Defendant USG Corporation, Defendant United States Gypsum Company, and L&W Supply Corporation (Doc. 185), Direct Purchaser Plaintiffs Sierra Drywall Systems, Inc., Janicki Drywall, Inc., New Deal Lumber & Millwork Co., and Grubb Lumber Co., Inc. (collectively, "Plaintiffs"), on behalf of themselves and the TIN and USG Settlement Classes, hereby move for final approval of the proposed Settlements.  Plaintiffs also request authorization to utilize up to $500,000 of the TIN Settlement Fund and $2,000,000 of the USG Settlement Fund to pay ongoing litigation expenses.  In support of this Motion, Plaintiffs rely upon the memorandum of law and accompanying declaration and exhibits submitted herewith.

Dated:  May 20, 2015                                                    Respectfully submitted,

 /s/ H. Laddie Montague, Jr.                                     /s/ Jeffrey J. Corrigan
H. Laddie Montague, Jr.                                          Eugene A. Spector
Ruthanne Gordon                                                  Jeffrey J. Corrigan
Michael C. Dell'Angelo                                           Rachel E. Kopp
Candice J. Enders                                                Jeffrey L. Spector
BERGER & MONTAGUE, P.C.                                          SPECTOR ROSEMAN
1622 Locust Street                                               KODROFF & WILLIS, P.C.
Philadelphia, PA  19103                                          1818 Market Street, Suite 2500
Tel:  (215) 875-3000                                             Philadelphia, PA  19103
Email: hlmontague@bm.net                                         Tel:  (215) 496-0300
             rgordon@bm.net                                      Email:  espector@srkw-law.com
             mdellangelo@bm.net                                            jcorrigan@srkw-law.com
             cenders@bm.net                                                rkopp@srkw-law.com
                                                                           jspector@srkw-law.com


 /s/ Kit A. Pierson
Kit A. Pierson
Brent W. Johnson
David A. Young
COHEN MILSTEIN
SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, DC  20005
Tel:  (202) 408-4600
Email: kpierson@cohenmilstein.com
            bjohnson@cohenmilstein.com
            dyoung@cohenmilstein.com