IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br>All Indirect Purchaser Actions | |

**MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH TIN, INC., USG CORPORATION, UNITED STATES GYPSUM COMPANY, AND L&W SUPPLY CORPORATION, AND REQUEST FOR AUTHORIZATION TO UTILIZE UP TO $2,500,000 OF THE SETTLEMENT FUNDS FOR ONGOING LITIGATION EXPENSES**

Pursuant to this Court's March 16, 2015 Orders preliminary approving Indirect Purchaser Plaintiffs' ("IPPs") proposed Settlements with Defendant TIN, Inc. and with Defendant USG Corporation, Defendant United States Gypsum Company, and L&W Supply Corporation (ECF # 184, 186), IPPs, on behalf of themselves and the TIN and USG Settlement Classes, hereby move for final approval of the proposed Settlements. Plaintiffs also request authorization to use $2,500,000 of the Settlement Fund to fund litigation expenses. In support of this Motion, IPPs rely on the memorandum and exhibits submitted herewith.

Dated: June 1, 2015                                     Respectfully submitted,

/s James Robert Noblin                               /s Michael G. McLellan
Robert S. Green                                           Michael G. McLellan
James Robert Noblin                                    Douglas G. Thompson, Jr.
GREEN & NOBLIN, P.C.                              L. Kendall Satterfield
700 Larkspur Landing Circle, Suite 275      FINKELSTEIN THOMPSON LLP
Larkspur, CA  94939                                    1077 30th Street NW, Suite 150
Tel: (415) 477-6700                                     Washington, D.C. 20007
Fax: (415) 477-6710                                    Tel:  (202) 337-8000
                                                                       Fax:  (202) 337-8090

/s Whitney Street
Whitney Street
BLOCK & LEVITON, LLP

1

155 Federal Street, Suite 400
Boston, MA  02110
Tel:  (617) 398-5600
Fax: (617) 507-6020

/s Lesley E. Weaver
Lesley E. Weaver
BLOCK & LEVITON, LLP
492 9th Street, Suite 260
Oakland, CA  94607
Tel:  (617) 398-5600
Fax:  (617) 507-6020

*Co-Lead Counsel for the Proposed Class of Indirect Purchasers*