IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### ORDER RE MOTION TO COMPEL JUDGMENT SHARING AGREEMENTS

**AND NOW,** this 20th day of August, 2015, after careful consideration of Plaintiffs' Motion to Compel Production of Defendant's Judgment Sharing Agreements (ECF 188), Defendants' Response in Opposition (ECF 192), and Plaintiffs' Reply (ECF 193), and after holding oral argument on the motion on May 20, 2015, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion (ECF 188) is **DENIED**, without prejudice to Plaintiffs raising this issue again if another phase of discovery occurs after the Court reaches a decision on the summary judgment motions.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437.order.mtc.JSAs.08.19.2015.docx