IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br><br>Ashton Woods Holdings, L.L.C., et al.,<br>         v.<br>USG Corp., et al. | CIVIL ACTION 15-1712 |

# O R D E R

**AND NOW**, this 1st day of December, 2015, Plaintiffs' Motion to File a First Amended Complaint Under Seal (ECF 32) is **DENIED** for the reasons set forth in the foregoing Memorandum.

1. Plaintiffs shall file a new Amended Complaint within fourteen (14) days.

2. Defendants shall respond within thirty (30) days.

3. Defendants' Joint Motion to Dismiss the Original Complaint (15-1712, ECF 28) is **DENIED** as moot;

4. Defendant USG's Motion for Partial Joinder in Defendants' Joint Motion to Dismiss the Original Complaint (15-1712, ECF 27) is **DENIED** as moot;

5. Defendant TIN, Inc.'s Motion to Dismiss the Original Complaint (15-1712, ECF 23) is **DENIED** as moot;

6. Defendant Continental Building Products' Motion to Dismiss the Original Complaint is **DENIED** as moot (13-MD-2437, ECF 301; 302); and

7. Defendant LaFarge's Motion to Dismiss the Original Complaint is **DENIED** as moot (13-MD-2437, ECF 303).

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**