IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYALL ANTITRUST LITIGATION** | MDL No. 2437<br>13-MD-2437 |
| **THIS DOCUMENT RELATES TO:**<br>All Direct Purchaser Actions<br>All Indirect Purchaser Actions | |

# O R D E R

**AND NOW**, this  18th  day of February 2016, after review of Defendants' Joint Motion for Summary Judgment and Supporting Statement of Facts (ECF 206, 211), Defendant CertainTeed's Motion for Summary Judgment (ECF 207-08), Defendant Lafarge's Motion for Summary Judgment (ECF 204), Defendant PABCO's Motion for Summary Judgment (ECF 205), Plaintiffs' Response thereto (ECF 249-50), and Defendants' Replies thereto (ECF 280-85), it is hereby **ORDERED** that:

1. Defendants Motions for Summary Judgment are **DENIED** as to Defendants American, National, Lafarge, and PABCO; and

2. Defendants Motions for Summary Judgment are **GRANTED** as to Defendant CertainTeed.

BY THE COURT:

       /s/ Michael M. Baylson       
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437.order.sj.2.18.16.docx