IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437 13-MD-2437 |
| THIS DOCUMENT RELATES TO: All Direct Purchaser Actions All Indirect Purchaser Actions | |

**O R D E R**

**AND NOW**, this  13th   day of April 2016, after review of the Indirect and Direct Purchaser Plaintiffs' Renewed Motions for Authorization to Utilize a Portion of the USG and TIN Settlement Funds for Ongoing Litigation Expenses (ECF 357 (Indirect), 358 (Direct)), it is hereby **ORDERED** that:

1. Direct Purchaser Plaintiffs' Motion is DENIED without prejudice, but the Court invites these Plaintiffs to file a renewed motion after these Plaintiffs have secured further details about the costs they seek to be reimbursed; and

2. Indirect Purchaser Plaintiffs' Motion is DENIED without prejudice, but the Court invites these Plaintiffs to file a renewed motion after these Plaintiffs have secured further details about the costs they seek to be reimbursed.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437.order.RenewedMot.SettlementFundUse.3.28.16.docx