## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** <br><br> **All Direct Purchaser Actions** <br> **All Indirect Purchaser Actions** | |

## <u>ORDER</u>

**AND NOW** this 20th day of May, 2016, with respect to the foregoing Memorandum Re:

Motion to Certify Summary Judgment Order for Interlocutory Appeal, it is hereby **ORDERED**

that counsel shall file briefs (limited to ten (10) pages) in response to the Court's questions on

certification for interlocutory appeal within ten (10) days of the date of this Order.

BY THE COURT:


*/s/ Michael M. Baylson*

MICHAEL M. BAYLSON
United States District Court Judge


O:\13-MD-2437 - drywall\13md2437 Order on MemoInterApp 05202016.docx