# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** <br><br> All Direct Purchaser Actions <br> All Indirect Purchaser Actions | |

## O R D E R

AND NOW, this  3rd  day of June 2016, after review of Defendants' Joint Motion to Certify Order for Interlocutory Appeal (ECF 361), Lafarge's Motion to Certify Order for Interlocutory Review (ECF 362), Plaintiffs' Response thereto (ECF 368), and the parties' supplemental briefing (ECF 388, 389), it is hereby **ORDERED** that the Defendants' Motions are **GRANTED** and the Court's February 18, 2016 Order (ECF 352) is certified for interlocutory appeal to the Third Circuit Court of Appeals.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437 Order re Certifying Class  06022016.docx