IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | MDL No. 13-2437 |
| Ashton Woods Holdings LLC, et al., Plaintiffs, v. USG Corp., et al., Defendants. | 15-cv-1712 |

FILED JUL 13 2016 MICHAEL E. KUNZ, Clerk By_____Dep Clerk

## ORDER

**AND NOW**, this 13 day of July 2016, after review of Certain Defendants' Partial Motion to Dismiss (ECF 65), Plaintiffs' Response thereto (ECF 77), and Certain Defendants' Reply thereto (ECF 81), it is hereby **ORDERED**:

1. The Motion to Dismiss is GRANTED as to Count 4 to the extent that Count 4 is based on the consumer protection statutes of Georgia and the District of Columbia, and those claims are dismissed with prejudice; and

2. As to the claim of each individual Plaintiff for violation of consumer protection statutes, each Plaintiff is given leave to amend to add specific facts, as discussed in the foregoing Memorandum, within thirty (30) days. If any individual Plaintiff fails to make the requisite allegations, Count 4 will be dismissed as to that Plaintiff.

3. The Motion to Dismiss is DENIED in all other respects.

BY THE COURT:

For _____
MICHAEL M. BAYLSON, U.S.D.J.

O:\13-MD-2437 - drywall\15cv1712 Order Motion to Dismiss 7.7.16.docx