IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **CIVIL ACTION** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Ashton Woods Holdings LLC, et al.,**<br>    Plaintiffs,<br><br>    v.<br><br>**USG Corp., et al.,**<br>    Defendants. | **MDL No. 13-2437**<br><br>**15-cv-1712** |

### O R D E R

**AND NOW**, this  18th  day of August 2016, after review of Plaintiffs' Motion to Compel Defendants to Respond to Plaintiffs' Requests for Production and Interrogatories (ECF 79), Defendants' Response thereto (ECF 88), and Plaintiffs' reply thereto (91) as well as Defendants' Motion to Compel Plaintiffs to respond to Joint Interrogatories and Requests for Production (ECF 78), Plaintiffs' response thereto (ECF 89), and Defendants' Reply thereto (90), it is hereby **ORDERED**:

1. Plaintiffs' Motion to Compel (ECF 79) is denied as moot, and

2. Defendants' Motion to Compel is granted in part and denied in part, as set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\15cv1712 Order 08162016.docx