IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions | |

**O R D E R**

**AND NOW**, this __18th__ day of August 2016, after review of Plaintiffs' Motion to Certify Order for Interlocutory Appeal (ECF 104), CertainTeed's individual and Defendants' joint responses thereto (ECF 108), and Plaintiffs' reply thereto (ECF 112), it is hereby **ORDERED** that Plaintiffs' Motion is DENIED for the reasons set for in the accompanying Memorandum.

BY THE COURT:

*/s/ Wendy Beetlestone for Michael Baylson*

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\15cv1712 Interloc App Order 8.16.16.docx