IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** <br><br> Indirect Purchaser Actions | |

# O R D E R

**AND NOW**, this 18th day of August 2016, after review of Proposed Intervenors' Motion to Intervene as Additional Class Representatives (ECF 402), Proposed Intervenors' Supplement to that Motion (ECF 407), Defendants' response thereto (ECF 418), and Proposed Intervenors' Reply thereto (ECF 425), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Proposed Intervenors' Motion is GRANTED.

The clerk is directed to file Exhibit 1 of the ECF 402 as the Indirect Purchasers' Second Amended Consolidated Class Action Complaint.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437 Order Intervenors 8.17.16.docx