IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | Hon. Michael M. Baylson |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF THEIR SETTLEMENT WITH LAFARGE NORTH AMERICA INC.**

Pursuant to the Court's July 18, 2016 Order preliminarily approving their proposed settlement with Defendant Lafarge North America Inc. (Doc. 427), Direct Purchaser Plaintiffs Sierra Drywall Systems, Inc., Janicki Drywall, Inc., New Deal Lumber & Millwork Co., and Grubb Lumber Co., Inc. (collectively, "Plaintiffs"), on behalf of themselves and the Lafarge Settlement Class, hereby move for final approval of the proposed settlement. In support of this Motion, Plaintiffs rely upon the memorandum of law and accompanying exhibits submitted herewith.

Dated: October 3, 2016

Respectfully submitted,

/ s / Kit A. Pierson
Kit A. Pierson
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, DC  20005
Tel:  (202) 408-4600
Email:  kpierson@cohenmilstein.com

*On behalf of all Direct Purchaser
Co-Lead Counsel*

| | |
|---|---|
| Eugene A. Spector<br>Jeffrey J. Corrigan<br>Rachel E. Kopp<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN<br>KODROFF & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Tel:  (215) 496-0300<br>Email: espector@srkw-law.com<br>         jcorrigan@srkw-law.com<br>         rkopp@srkw-law.com<br>         jspector@srkw-law.com | H. Laddie Montague, Jr.<br>Eric L. Cramer<br>Ruthanne Gordon<br>Michael C. Dell'Angelo<br>Candice Enders<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Tel:  (215) 875-3000<br>Email: hlmontague@bm.net<br>         ecramer@bm.net<br>         rgordon@bm.net<br>         mdellangelo@bm.net<br>         cenders@bm.net |

Kit A. Pierson
Brent W. Johnson
David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, DC  20005
Tel:  (202) 408-4600
Email: kpierson@cohenmilstein.com
         bjohnson@cohenmilstein.com
         dyoung@cohenmilstein.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*