IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**All Direct Purchaser Actions** | MDL No. 2437<br>13-MD-2437 |

## ORDER

**AND NOW** this 31st day of October, 2016, the Final Judgment Order signed on October 28, 2016 and entered October 31, 2016 (ECF 486) is hereby **ORDERED** to be stricken as being premature and will be considered at the final approval hearing on December 7, 2016.

BY THE COURT:

*/s/ Michael M. Baylson (by Judge Beetlestone)*

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\13-MD-2437 - drywall\13md2437 Order striking Final Judgment Order DP action.docx