IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br>All Indirect Purchaser Actions | |

**INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH LAFARGE NORTH AMERICA INC.**

Pursuant to this Court's October 21, 2016 order granting preliminary approval of Indirect Purchaser Plaintiffs ("IPPs") settlement ("Settlement") between IPPs and defendant Lafarge North America Inc. ("Lafarge") and Rule 23(e) of the Federal Rules of Civil Procedure, IPPs hereby move this Court to enter IPP and Lafarge's stipulated Final Approval Order, submitted herewith.  That Order:

(1) Finally certifies the Settlement Classes preliminarily certified by this Court's Preliminary Approval Order, and

(2) Finally approves IPPs' settlement with Lafarge.

In support of this Motion, IPPs rely on the memorandum and exhibits submitted herewith.

Dated: December 1, 2016                                     Respectfully submitted,

/s/ Whitney E. Street
Whitney E. Street
**BLOCK & LEVITON LLP**
610 16th Street, Suite 214
Oakland, CA  94612
Tel:  (415) 968-8999
Email:  wstreet@blockesq.com

*Interim Co-Lead Counsel for the Proposed Class of Indirect Purchaser Plaintiffs*