IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Ashton Woods Holdings LLC, et al.,<br>       Plaintiffs,<br><br>       v.<br><br>USG Corp., et al.,<br>       Defendants. | CIVIL ACTION<br><br>MDL No. 13-2437<br><br>15-cv-1712 |

## O R D E R

**AND NOW**, this   2nd   day of December 2016, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Homebuilder Plaintiffs' Motion to Compel Damages Related Discovery (ECF 127) is **GRANTED IN PART AND DENIED IN PART**.  The parties shall provide the Court with an update following their meet and confer discussions within 21 days of the date of this Order.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\15-1712 - Order re Motion to Compel Damages Related Discovery.docx