## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** <br><br> **All Direct Purchaser Actions** | |

## O R D E R

**AND NOW**, this 23rd day of May 2017, after review of Defendants' Motion to Compel Responses to Defendants' Second Set of Joint Requests for Admission to Plaintiffs (ECF 200), Plaintiffs' Response (ECF 209), and Defendants Reply (ECF 212), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that The Defendants' Motion to Compel (ECF 200) is **GRANTED** subject to the extension to September 10, 2017 and to the interpretations set forth in the accompanying memorandum.

**Dated: 5/23/17**

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\15-1712 - Order re Pending Requests for Admissions to Plaintiffs.docx