IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>All Direct Purchaser Actions | **MDL No. 2437**<br>**13-MD-2437** |

# O R D E R

**AND NOW**, this 23rd day of August 2017, after review of the parties written submissions and having had oral argument, for the reasons stated in the accompanying memorandum it is hereby **ORDERED** that:

1. Plaintiff's Motion to Certify Class (ECF 431) is GRANTED.

2. The class is defined as:

    All persons or entities that purchased Paper-backed Gypsum Wallboard in the United States from January 1, 2012 through January 31, 2013 (the "Class Period") directly from: (a) American Gypsum Company, LLC, Eagle Materials Inc., Lafarge North America, Inc., New NGC, Inc., PABCO Building Products, LLC, USG Corporation, United States Gypsum Company, TIN Inc., or Georgia Pacific LLC (collectively, "Manufacturer Co-Conspirators"); and/or (b) L&W Supply Corporation or any of its subsidiaries or affiliates (collectively, "L&W") where the Paper-backed Gypsum Wallboard was manufactured by American Gypsum Company, LLC, Eagle Materials Inc., PABCO Building Products, LLC, USG Corporation, or United States Gypsum Company. Excluded from the Class are (a) Manufacturer Co-Conspirators and Certainteed, along with each of their respective parent companies, subsidiaries and affiliates (e.g., Pacific Coast Supply, LLC and L&W), and (b) federal governmental entities and instrumentalities of the federal government.

3. Sierra Drywall Systems, Inc., Janicki Drywall, Inc., New Deal Lumber & Millwork Co.; and Grubb Lumber Co., Inc. are hereby approved as representatives of the Class.

4. The following law firms are hereby approved as Co-lead Class Counsel pursuant to Rule 23(g): Berger & Montague, P.C., Cohen Milstein Seller & Toll PLLC, and Spector Roseman Kodroff & Willis, P.C.

5. The Court directs Plaintiffs' counsel to prepare a form of notice, with attendant instructions and forms, etc. as required by Rule 23 and governing precedent, and serve a copy of its proposed papers on Defendants within 14 days.

6. Within 30 days from the date of this order, counsel shall submit either an agreed upon form of notice and instructions, or two separate versions, following a meet a confer process as appropriate.

7. The Court will schedule a hearing to resolve any disputes as promptly as possible.

8. As to the cases originally filed in this District, the Court will also schedule a final pretrial conference to take appropriate steps so that this case can proceed to trial and a trial date.

9. Counsel shall advise the Court as to their suggestions regarding cases not originally filed in this District within 30 days.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\DPP Class Cert Order.docx