IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** **THIS DOCUMENT RELATES TO:** **All Indirect Purchaser Actions** | **MDL No. 2437** **13-MD-2437** |

# O R D E R

**AND NOW**, this 24th day of August 2017, after review of the parties written submissions and having heard oral argument, for the reasons stated in the accompanying memorandum it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Certify Class (ECF 472) is DENIED.

2. Defendants' Motions to Preclude Expert Testimony (ECF 508 and ECF 509) are DENIED.

3. Plaintiffs' claims under the laws of states in which there is no Plaintiff residing (Arkansas, Iowa, Kansas, Maine, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Rhode Island, South Dakota, Tennessee, Vermont, West Virginia, the District of Columbia, and Puerto Rico) are DISMISSED.

4. Plaintiffs shall file a detailed proposal as to how the Indirect Purchaser cases should proceed.

    a. Plaintiffs should consider whether they will proceed in this Court, or in a transferor court, as individual actions; whether the cases should be dismissed without prejudice to re-filing in state court; whether Plaintiffs intend to appeal under Rule 23(f); or whether Plaintiffs suggest some alternative procedure.

    b. Plaintiffs shall file their proposals within 14 days of the date of this Order and Defendants may respond within 14 days thereafter.

    c. The Court will schedule a hearing thereafter if necessary.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\IPP Class Cert Order.docx