**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **All Indirect Purchaser Actions** | **MDL No. 2437** <br> **13-MD-2437** |

## ORDER

**AND NOW** this 21st day of February, 2018, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that counsel shall file a Supplemental Memorandum within thirty (30) days. A hearing on the Motion for Approval is tentatively scheduled for April 19, 2018 at 2:00 p.m. in Courtroom 3A. Out-of-town counsel may attend via telephone, but must advise Deputy Clerk, Lori DiSanti (267-299-7520) of their intention to do so. If more than one counsel is attending by telephone, they will be required to coordinate a conference call to call in the date of the hearing.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437 Order for IPP Sett Memorandum 02212018.docx