## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** <br><br> **ALL DIRECT PURCHASER ACTIONS** | **Hon. Michael M. Baylson** |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF (A) THE JOINT SETTLEMENT WITH AMERICAN GYPSUM COMPANY LLC, EAGLE MATERIALS INC., NEW NGC, INC., AND PABCO BUILDING PRODUCTS, LLC, AND (B) THE PLAN OF DISTRIBUTION**

Pursuant to the Court's January 29, 2018 Order preliminarily approving their proposed joint settlement with Defendants American Gypsum Company LLC, Eagle Materials Inc., New NGC, Inc., and PABCO Building Products, LLC (ECF No. 695), Direct Purchaser Plaintiffs Sierra Drywall Systems, Inc., Janicki Drywall, Inc., New Deal Lumber & Millwork Co., and Grubb Lumber Co., Inc. (collectively, "Plaintiffs"), on behalf of themselves and the Joint Settlement Class, hereby move for (a) final approval of the proposed settlement and final certification of the Joint Settlement Class, and (b) final approval of the plan of distribution of funds from all the direct purchaser settlements in this action.   In support of this Motion, Plaintiffs rely upon the accompanying memorandum of law.

Dated:  April 9, 2018                     Respectfully submitted,

*/s/ Jeffrey J. Corrigan*                 */s/ H. Laddie Montague, Jr.*
Eugene A. Spector                         H. Laddie Montague, Jr.
Jeffrey J. Corrigan                       Eric L. Cramer
Rachel E. Kopp                            Ruthanne Gordon
Jeffrey L. Spector                        Michael C. Dell'Angelo
SPECTOR ROSEMAN &                         Candice Enders
 KODROFF P.C.                             BERGER & MONTAGUE, P.C.
1818 Market Street, Suite 2500            1622 Locust Street
Philadelphia, PA  19103                   Philadelphia, PA  19103
Tel:  (215) 496-0300                      Tel:  (215) 875-3000
Email:  espector@srkattorneys.com         Email:  hlmontague@bm.net
        jcorrigan@srkattorneys.com                ecramer@bm.net
        rkopp@srkattorneys.com                    rgordon@bm.net
        jspector@srkattorneys.com                 mdellangelo@bm.net
                                                  cenders@bm.net

*/s/ Kit A. Pierson*
Kit A. Pierson
Brent W. Johnson
David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, DC  20005
Tel:  (202) 408-4600
Email:  kpierson@cohenmilstein.com
        bjohnson@cohenmilstein.com
        dyoung@cohenmilstein.com

*Co-Lead Class Counsel for the Direct Purchaser Class*

Kal7898859

2