IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** <br><br> **All Indirect Purchaser Actions** | |

**ORDER RE: MOTION FOR PRELIMINARY APPROVAL**
**OF INDIRECT PURCHASER CLASS SETTLEMENT**

**AND NOW** this 17th day of April, 2018, following a hearing this date with counsel for Plaintiffs and Defendants, and notice of the prior settlements with USG/TIN and LaFarge having been published on various websites and in publications, but no claim forms have yet been requested or submitted, the Court is considering a Motion for Approval of Class Settlement with the three remaining defendants, New NGC Inc., American and PABCO (ECF 688). Class counsel having submitted several memoranda in response to questions from the Court, and after discussion with counsel at the hearing, it is hereby **ORDERED**:

1. A new notice will be drafted and submitted for Court approval reflecting the settlement with the remaining three defendants, with modified requests for allocation of the settlement proceeds applicable to all settling parties.

2. Class counsel will make suitable inquiries of representative indirect purchasers of drywall to secure an estimated allocation of drywall purchases among business/professional purchasers as opposed to individual/homeowner purchasers.

3. Class counsel will submit revised proposed requests for approval with uniform and simplified definitions, form of notice, as discussed in more detail at the hearing, and suggested allocations of the settlement funds and the schedule to be followed, within 30 days.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437 Order re Motion for Prelim Approval of IPP Class Sett.docx