1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

H. LADDIE MONTAGUE, JR.

WRITER'S DIRECT DIAL | 215/875-3010
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | hlmontague@bm.net

May 2, 2018

**VIA ECF & HAND DELIVERY**

The Honorable Michael M. Baylson
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      Re:   *In re Domestic Drywall Antitrust Litigation*
                13-MD-2437, MDL No. 2437

Dear Judge Baylson:

    This is to advise you that we have reached a resolution with LEX Group and are in negotiations with FRS. Accordingly, we ask that your Honor defer any action as outlined in my letters of April 17 and April 30, 2018.

    We will keep your Honor informed of the outcome.

                                    Respectfully submitted,

                                    H. Laddie Montague, Jr.

HLM, Jr./sll

cc:    All Counsel of Record *(via ECF)*
       Dean Eyler, Esquire *(via email)*
       Eric Kanefsky, Esquire *(via email)*
       Jeffrey Leibell, Esquire *(via email)*