IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL NO. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br>*Ashton Woods Holdings, L.L.C., et al. v. USG Corporation, et al.*, Case No. 2:15-cv-01712-MMB (E.D. Pa.) | |

## JOINT STIPULATION AND ORDER FOR DISMISSAL

Plaintiffs Ashton Woods Holdings L.L.C., Beazer Homes Holdings Corp., CalAtlantic Group, Inc., D.R. Horton Los Angeles Holding Company, Inc., Hovnanian Enterprises, Inc., KB Home, Meritage Homes Corporation, M/I Homes, Inc., Pulte Home Corporation, The Drees Company, Toll Brothers, Inc., and Tri Pointe Homes, Inc. (collectively, "Plaintiffs") and Defendant American Gypsum Company LLC ("American Gypsum"), by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all of Plaintiffs' claims against American Gypsum with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

*/s/ Cindy Reichline*
Cindy Reichline
**STRANGE & BUTLER LLP**
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Email: creichline@strangeandbutler.com
*Counsel for Plaintiffs*

*/s/ David L. Hanselman*
David L. Hanselman, Jr.
**MCDERMOTT, WILL & EMERY LLP**
444 West Lake Street
Chicago, Illinois 60602
Telephone: (312) 372-2000
Email: DHanselman@mwe.com
*Counsel for Defendant American Gypsum Company LLC*

SO ORDERED.

Dated: 5/21, 2018

_____
HON. MICHAEL M. BAYLSON, USDJ