**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437**<br>**13-MD-2437** |
| **THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS** | |

**INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
SETTLEMENT AND PLAN OF DISTRIBUTION**

Pursuant to Federal Rule of Civil Procedure 23(e), Indirect Purchaser Plaintiffs ("IPPs"),

hereby move this Court for an Order:

(1) Granting final approval to a settlement ("New Settlement") with the three remaining defendants: American Gypsum Company LLC, New NGC, Inc., and PABCO Building Products, LLC ("Settling Defendants") and finally certifying the New Settlement Class; and

(2) Finally approving a plan of allocation for the proceeds of this Settlement and the three previous settlements in the case with TIN, USG, and Lafarge.

In support of this Motion, Plaintiffs submit herewith their Memorandum in support of this

Motion and all exhibits thereto.

Dated: July 20, 2018

Respectfully submitted,

/s Whitney E. Street
Whitney E. Street
**BLOCK & LEVITON LLP**
610 16th Street, Suite 214
Oakland, CA 94612
Tel: (415) 968-8999
wstreet@blockesq.com

/s Michael G. McLellan
Michael G. McLellan
Douglas G. Thompson, Jr.
**FINKELSTEIN THOMPSON LLP**
3201 New Mexico Ave, Suite 395
Washington, D.C. 20016
Tel: (202) 337-8000
Fax: (202) 337-8090
mmclellan@finkelsteinthompson.com
dthompson@finkelsteinthompson.com

/s James Robert Noblin
James Robert Noblin
**GREEN & NOBLIN, P.C.**
700 Larkspur Landing Circle,

Suite 275
Larkspur, CA 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
jrn@classcounsel.com