# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** <br><br> **All Indirect Purchaser Actions** | |

## ORDER

Plaintiffs having filed a Declaration of Jeanne C. Finegan, APR, concerning the processing of claims in this case, and the report of $8,295 claims having been filed, the Court requests the presence of Ms. Finegan and/or some other authorized and knowledgeable representative of Heffler Claims Group, to appear at the Final Approval Hearing in this case on October 25, 2018 at 2:00 p.m. at the U.S. Courthouse, 601 Market Street, Courtroom 3A, Philadelphia, PA.  The Court intends to ask some questions as to how the process for administration of the claims is proceeding, how they will be analyzed by Heffler, what is the range of recovery per claim that is estimated, how many claims fall above or below the minimum threshold, etc.  The Court will also inquire as to the fees/costs that Heffler anticipates requesting for its services.

**BY THE COURT:**

**/s/ Michael M. Baylson**

Dated:  October 11, 2018

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\13-MD-2437 - drywall\13md2437 IPP Action Order 10112018.doc