# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** <br><br> **All Indirect Purchaser Actions** | |

## ORDER

**AND NOW** this 19th day of March, 2019, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Court will allow attorneys' fees and costs from the settlement amount as follows:

1. Unreimbursed costs: $1,481,478.00

2. Administration fees up to: $250,000.00

3. Incentive Awards: $3,000.00 to each of six class representatives

   ($18,000.00)

4. Attorneys' Fees: $2,864,400.00

   **BY THIS COURT:**

   /s/ Michael M. Baylson
   **MICHAEL M. BAYLSON**
   **United States District Court Judge**

O:\13-MD-2437 - drywall\13md2437 IPP Action order re attorneys fees.docx