# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** |
| **THIS DOCUMENT RELATES TO:** All Indirect Purchaser Actions | **13-MD-2437** |

## AMENDED ORDER

**AND NOW** this 2nd day of April, 2019, it appearing that the Court erred in awarding incentive fees to only six (6) class representatives, when there were actually fourteen (14) class representatives, it is hereby **ORDERED** that the Order of March 19, 2019 (ECF 840) is **VACATED** and the Court will allow attorneys' fees, incentive awards, and costs from the settlement amount as follows:

1. Unreimbursed costs:         $1,481,478.00
2. Administration fees up to:  $250,000.00
3. Incentive Awards:           $3,000.00 to each of 14 class representatives ($42,000.00)
4. Attorneys' Fees:            $2,864,400.00

**BY THIS COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\13-MD-2437 - drywall\13md2437 IPP Action amended order re attorneys fees.docx