IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | CIVIL ACTION |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>**Ashton Woods Holdings LLC, et al.,**<br>        Plaintiffs,<br><br>        v.<br><br>**USG Corp., et al.,**<br>        Defendants. | MDL No. 13-2437<br><br>15-cv-1712 |

## ORDER RE: UNASSIGNED CLAIMS

For the reasons stated in the foregoing Memorandum, the Defendants' Motion for Partial Summary Judgment on Unassigned Claims is **GRANTED** in part and **DENIED** in part. As to those subsidiaries or affiliates of the Plaintiffs that Plaintiffs have previously and specifically identified in this case, as purchasers of drywall, either in the initial disclosures, or by specific responses to Defendants' discovery, and Plaintiffs have previously disclosed the details of the purchases of drywall in discovery, these subsidiaries or affiliates may be added as parties for the sole purpose of seeking damages in this case, or may otherwise ratify the claims.

Plaintiffs will have thirty (30) days to file a statement to identify these entities, with specific references to where the disclosure was previously made, along with a statement showing that the drywall purchases claimed in this litigation against one or more Defendants were previously provided in discovery, or otherwise, to Defendants.

Defendants will then have thirty (30) days in which to dispute the accuracy or sufficiency of the alleged disclosure in the statement.

The Court will then allow an additional thirty (30) days for counsel to discuss and attempt to resolve any disputes.

Any motion concerning a continuing dispute on this issue must be filed by October 30, 2019.

**BY THE COURT:**

**Dated:  July 15, 2019**          /s/ Michael M. Baylson
                                   **MICHAEL M. BAYLSON**
                                   **United States District Court Judge**

O:\13-MD-2437 - drywall\15cv1712 order re unassigned claims.docx