# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **Ashton Woods Holdings LLC, et al.,** <br>      **Plaintiffs,** <br><br>      **v.** <br><br> **USG Corp., et al.,** <br>      **Defendants.** | **CIVIL ACTION** <br><br> **MDL No. 13-2437** <br><br> **15-cv-1712** |

## ORDER RE: USG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

AND NOW, this 18th day of July, 2019, upon consideration of the Motion for Summary Judgment filed by USG Corporation, United States Gypsum Company, and L&W Supply Corporation (ECF 304), Plaintiffs' response thereto (ECF 357-359), the USG Defendants' reply thereto (ECF 363-366), the parties' suggested modifications to the Court's proposed factual chronology (ECF 373 & 374), oral argument held on March 12, 2019, and the supplemental briefing that followed argument (ECF 383 & 384), and for the reasons to be stated in the forthcoming memorandum to be filed within seven days, it is HEREBY ORDERED:

1. Summary Judgment is GRANTED in favor of USG Corporation;

2. Summary Judgement is GRANTED in favor of United States Gypsum Company; and

3. Summary Judgement is DENIED as to L&W Supply Corporation.

                                                            **BY THE COURT:**

                                                            **/s/ Michael M. Baylson**

                                                            **MICHAEL M. BAYLSON**
                                                           **United States District Court Judge**