# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Ashton Woods Holdings LLC, et al., <br>     Plaintiffs, <br><br> v. <br><br> USG Corp., et al., <br>     Defendants | **CIVIL ACTION** <br><br> **MDL No. 13-2437** <br><br> **15-cv-1712** |

## ORDER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT ON UMBRELLA DAMAGES

**AND NOW**, this 3rd day of October, 2019, for the reasons stated in the foregoing memorandum, upon consideration of Defendants' Motion for Partial Summary Judgment on Umbrella Damages (ECF 292), the response and reply thereto, and oral argument, it is hereby **ORDERED** that Defendants' Motion is **DENIED**, but this ruling is without prejudice to Defendants raising the issue at trial.

                                                     **BY THE COURT:**

                                                   /s/ Michael M. Baylson
                                                   _____
                                                   **Michael M. Baylson, U.S.D.J.**