# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Ashton Woods Holdings LLC, et al.,<br>    Plaintiffs,<br><br>v.<br><br>USG Corp., et al.,<br>    Defendants. | CIVIL ACTION<br><br>MDL No. 13-2437<br><br>15-cv-1712 |

## ORDER RE: DAUBERT MOTIONS

**AND NOW**, this 6th day of April, 2020, upon consideration of Homebuilder Plaintiffs' Motion to Preclude the Testimony of Defendants' Expert, David Hall, (ECF 321), Homebuilder Plaintiffs' Motion to Preclude the Testimony of Defendants' Expert, Dr. Robert Willig, (ECF 320), and Defendants' Motion to Preclude the Testimony of Homebuilder Plaintiffs' Expert, Dr. Daniel Ingberman, (ECF 319), the responses and replies thereto, oral argument, and the supplemental materials submitted by the parties, for the reasons stated in the foregoing memorandum it is hereby **ORDERED** that:

1. Homebuilder Plaintiffs' Motion to Preclude the Testimony of Defendants' Expert, David Hall, (ECF 321), is **GRANTED**.

2. Homebuilder Plaintiffs' Motion to Preclude the Testimony of Defendants' Expert, Dr. Robert Willig, (ECF 320), is **DENIED**.

3. Defendants' Motion to Preclude the Testimony of Homebuilder Plaintiffs' Expert, Dr. Daniel Ingberman, (ECF 319), is **DENIED**.

1

BY THE COURT:

s/ Michael M. Baylson

**Dated: April 6, 2020**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\13-MD-2437 - drywall\15cv1712 Order re Daubert Motions.docx