IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **CIVIL ACTION** |
| **THIS DOCUMENT RELATES TO:** **ALL DIRECT PURCHASER ACTIONS** | **MDL No. 13-2437** |

**ORDER RE: US LBM HOLDINGS, LLC–DREW ROSEN CLAIM DISPUTE**

**AND NOW,** this 24th day of April, 2020, upon consideration of the briefing submitted by the parties regarding the ownership of Rosen Materials, LLC's claim to the Direct Purchaser Plaintiff Net Settlement Fund (ECF 893; ECF 894; ECF 921; ECF 922), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that US LBM Holdings, LLC owns the right to file the claim for the $38,066,567.31 in drywall purchases made by Rosen Materials, LLC (the "Disputed Claim").  The Settlement Administrator is directed to release the settlement proceeds associated with the Disputed Claim from escrow and remit those proceeds to US LBM Holdings, LLC.

**BY THIS COURT:**

s/ Michael M. Baylson

_____
**Michael M. Baylson**
**United States District Court Judge**

O:\13-MD-2437 – drywall\13cv2437 Order re US LBM Holdings-Mr. Rosen Claims Dispute