IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437<br><br>Hon. Michael M. Baylson |
| THIS DOCUMENT RELATES TO:<br><br>Indirect Purchaser Actions | |

**ORDER AUTHORIZING DISTRIBUTION OF**
**REMAINING SETTLEMENT FUNDS**

After review of the Indirect Purchaser Plaintiffs' Motion for an Order Authorizing Disposition of Remaining Settlement Funds ("Distribution Motion"), the Memorandum in support thereof, and the entire record in this matter, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The procedures used and actions taken by Claims Administrator Heffler Claims Group ("Heffler") and Indirect Purchaser Plaintiffs' Counsel for the administration of the Settlements are hereby adjudged to have been proper and complete, and the administrative determinations of Heffler in accepting and rejecting Claims filed in this matter are approved.

2. The 15,699 properly documented Claims referenced in the Declaration of Michael E. Hamer ("Hamer Decl."), submitted as Exhibit A to the Indirect Purchaser Plaintiffs' Distribution Motion, are approved. These Claims are henceforth referred to as the Authorized Claimants.

3. The recommendation by Heffler to reject the 11,461 Claims that were either not properly documented or are otherwise invalid, as set forth in the Hamer Decl., is approved and those claims are deemed rejected.

1

4.	Heffler has concluded that there are 15,699 authorized, eligible claimants, and that the Net Settlement Fund is $11,019,926.47. Hamer Decl., at ¶¶ 11, 14.

5.	Heffler is directed to distribute the Net Settlement Fund to the Authorized Claimants, in accordance with the Plan of Distribution, and each Authorized Claimant shall receive his/her/its share of the total distribution as calculated by Heffler, based on their calculated recognized Claims. No additional claims will be accepted, absent a showing of compelling circumstances justifying the late acceptance of any such claim.

6.	Checks for distribution to the Authorized Claimants shall bear the notation "Non-Negotiable After 90 Days," and no check shall be negotiated from the Settlement funds more than 90 days after the date of the check. Any checks that are reissued at the request of the claimant shall bear the notation "Non-Negotiable After 30 Days" and no reissued check shall be negotiated from the Settlement funds more than 30 days after the date of the check.

7.	One year after the distribution of the Net Settlement Fund to Authorized Claimants, Heffler may destroy all claim forms and related correspondence. However, Heffler shall retain all administrative records, including its copy of the Claimants list and its computer database and programs used to create the Claimants list, for a period of three (3) years after the distribution of the reserve portion of the Net Settlement Fund to Authorized Claimants.

DONE AND ORDERED this   1st   day of          July          , 2020.

 s/ Michael M. Baylson
Honorable Michael M. Baylson
United States District Judge