# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | **MDL No. 2437**<br>**13-MD-2437** |
| THIS DOCUMENT RELATES TO:<br>*Home Depot U.S.A., Inc. v. Lafarge North America Inc.*, No. 2:18-cv-05305-MMB (E.D. Pa.) | **Honorable Michael M. Baylson** |

**JOINT STIPULATION AND ORDER REGARDING AMENDED SCHEDULE FOR *DAUBERT* AND DISPOSITIVE MOTIONS**

COME NOW Plaintiff Home Depot U.S.A., Inc. ("Home Depot") and Defendant Lafarge North America Inc. ("Lafarge") and by and through undersigned counsel, submit this Joint Stipulation and Proposed Order regarding an Amended Schedule for *Daubert* and Dispositive Motions for consideration by the Court, with reference to the following facts:

1. Pursuant to the Court's October 22, 2020 order, Home Depot's responses to Lafarge's *Daubert* and Dispositive Motions, along with Lafarge's response to Home Depot's Dispositive Motion, are due February 5, 2021. Lafarge's reply briefs in support of its *Daubert* and Dispositive Motions, along with Home Depot's reply in support of its Dispositive Motion, are due March 31, 2021.

2. Counsel for Home Depot has now been scheduled to argue in two unrelated matters before the Georgia Supreme Court on February 3, 2021 and February 4, 2021. The requested extension is reasonably necessary to respond to Lafarge's *Daubert* and Dispositive Motions.

3. The parties conferred and agreed to allow Home Depot and Lafarge until Monday, February 19, 2021 to submit their respective responses. In turn, the parties also agreed to similarly

extend Lafarge and Home Depot's deadline to file their respective reply briefs to Wednesday, April 14, 2021.

4.      The new deadlines will be as follows:

| | |
|---|---|
| **February 19, 2021** | Deadline for Responses in Opposition to *Daubert* and Dispositive Motions |
| **April 14, 2021** | Deadline for Replies in Support of *Daubert* and Dispositive Motions |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, and subject to the approval of the Court, that the parties will abide by the proposed schedule outlined above.

Dated: January 11, 2021

Respectfully submitted,

By: /s/ *Lindsay S. Johnson*
G. Patrick Watson
Lindsay S. Johnson
BRYAN CAVE LEIGHTON PAISNER LLP
1201 West Peachtree Street, Suite 1400
Atlanta, Georgia 30309
404-572-6846
patrick.watson@bclplaw.com
lindsay.johnson@bclplaw.com

Emilee L. Hargis
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2028
Facsimile: (314) 552-8028
emilee.hargis@bclplaw.com

Ronan P. Doherty
Frank M. Lowrey
John H. Rains IV
BONDURANT MIXSON & ELMORE, LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100

By: */s/ Tarek Ismail*
Tarek Ismail
Jennifer Greenblatt
Laura Sexton
Betsy Farrington
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
(312) 681-6000
tismail@goldmanismail.com
jgreenblatt@goldmanismail.com
lsexton@goldmanismail.com
bfarrington@goldmanismail.com

*Counsel for Defendant Lafarge North America Inc.*

Facsimile: (404) 881-4111
doherty@bmelaw.com
lowrey@bmelaw.com
rains@bmelaw.com

*Counsel for Plaintiff Home Depot U.S.A., Inc.*

IT IS APPROVED AND SO ORDERED.

Dated: __January 19_____, 2021          __s/ Michael M. Baylson_____
                                                                                            The Honorable Michael M. Baylson
                                                                                            United States District Judge