IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | **MDL No. 2437**<br>**13-MD-2437**<br><br>**Honorable Michael M. Baylson** |
| THIS DOCUMENT RELATES TO:<br><br>*Home Depot U.S.A., Inc. v. Lafarge North America, Inc.*, No. 2:18-cv-05305-MMB (E.D. Pa.) | |

**JOINT STIPULATION AND ORDER TO CONTINUE ORAL ARGUMENT AND REPLY DEADLINES FOR THE PARTIES' *DAUBERT* AND DISPOSITIVE MOTIONS AND TO ALLOW LAFARGE TO FILE BRIEFS IN EXCESS OF THE PAGE LIMIT**

Plaintiff Home Depot U.S.A., Inc. ("Home Depot") and Defendant Lafarge North America Inc. ("Lafarge") submit this joint stipulation and proposed order for consideration by the Court regarding the oral argument date, reply deadlines, and page limits for the parties' *Daubert* and dispositive motions. In support thereof, Lafarge and Home Depot refer to the following facts:

1. Pursuant to the Court's January 19, 2021 Order, *see* ECF No. 87, replies in support of *Daubert* and dispositive motions are currently due April 14, 2021.

2. The parties conferred and agreed to extend the deadline for replies in support of *Daubert* and dispositive motions until May 7, 2021, subject to approval from the Court.

3. On March 4, 2021, the Court scheduled oral argument for April 13, 2021, *see* ECF 99.

4. This argument date would take place before the motions are fully briefed. The parties' replies are not due until April 14, 2021 under the current briefing schedule and would not

be due until May 7, 2021 if the parties' proposed extension is adopted. The parties therefore seek a continuance of the current argument date as described below.

5. Due to the number and complexity of the issues at stake in this case, and the length of the parties' prior briefing on these issues, Lafarge's counsel requests additional time and pages to adequately prepare its replies in support of its summary judgment and *Daubert* motions.

6. The parties have conferred and agreed that Lafarge may file reply briefs in support of its *Daubert* and dispositive motions in excess of the applicable page limit, subject to approval from the Court.

7. The parties respectfully request that the Court:

   a. extend the deadline for the parties' reply briefs in support of *Daubert* and dispositive motions to May 7, 2021.

   b. continue the oral argument currently scheduled for April 13, 2021 (*see* ECF 99) to a date after May 7, 2021, which would enable the parties to file their reply briefs before the argument.

   c. permit Lafarge to file reply briefs in support of its *Daubert* and dispositive motions with the following page limits:

      i. For Lafarge's reply in support of its motion for summary judgment: **50 pages**.

      ii. For Lafarge's replies in support of its *Daubert* motions: **40 pages** *(Lafarge has discretion to allocate the 40 pages between its two Daubert briefs as needed.)*

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, and subject to the approval of the Court, that the new deadline for reply briefs in support

of *Daubert* and dispositive motions is May 7, 2021; the hearing set for April 13, 2021 (*see* ECF 99) is hereby continued and may be re-set by the Court at the convenience of the Court; Lafarge is permitted to use 50 pages for its reply in support of its motion for summary judgment; and Lafarge is permitted to use 40 pages total for its *Daubert* replies, to be allocated between the briefs as needed.

Dated: March 10, 2021

By: *Frank M. Lowrey*
Ronan P. Doherty
Frank M. Lowrey
John H. Rains IV
BONDURANT MIXSON & ELMORE, LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
doherty@bmelaw.com
lowrey@bmelaw.com
rains@bmelaw.com

G. Patrick Watson
Lindsay S. Johnson
Emilee L. Hargis
BRYAN CAVE LEIGHTON PAISNER LLP
1201 West Peachtree Street
Suite 1400
Atlanta, Georgia 30309
Telephone: 404-572-6846
Fax: 404-420-0846
patrick.watson@bclplaw.com
lindsay.johnson@bclplaw.com
emilee.hargis@bclplaw.com

*Counsel for Plaintiff Home Depot U.S.A., Inc.*

Respectfully submitted,

By: *Tarek Ismail*
Tarek Ismail
Jennifer Greenblatt
Laura Sexton
Betsy Farrington
Ed Dumoulin
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 S. Wacker Dr., 22nd Fl.
Chicago, IL 60606
Telephone: (312) 681-6000
Fax: (312) 380-7061
tismail@goldmanismail.com
jgreenblatt@goldmanismail.com
lsexton@goldmanismail.com
bfarrington@goldmanismail.com
edumoulin@goldmanismail.com

*Counsel for Defendant Lafarge North America Inc.*

4

IT IS APPROVED AND SO ORDERED.

Dated: <u>    March 19    </u>, 2021      <u>s/ Michael M. Baylson   </u>
The Honorable Michael M. Baylson
United States District Judge