IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE DOMESTIC DRYWALL ANTITRUST LITIGATION** | MDL No. 2437 <br> 13-MD-2437 <br><br> Hon. Michael M. Baylson |
| **THIS DOCUMENT RELATES TO:** <br><br> Indirect Purchaser Actions | |

**INDIRECT PURCHASER PLAINTIFFS' FINAL SETTLEMENT STATEMENT**

   Indirect Purchaser Plaintiffs reached an agreement to settle their claims for $16.95 million. The Court granted final approval, ECF No. 799, and the Indirect Purchaser Plaintiffs and the Court-approved Claims Administrator have fulfilled all requirements under the Court's order. Amounts distributed to the Class pursuant to the Court-approved Plan of Allocation and Order Authorizing Distribution of Remaining Settlement Funds (ECF No. 961) through August 31, 2021 total $10,706,692.55. The expenses associated with the notice and administration of the settlement through August 31, 2021 total $234,575.51, of which $219,997.58 has been paid to the Claims Administrator. Once the final invoice of the Claims Administrator (totaling $14,577.93) is paid, a total of $295,405.46[1] will remain in the settlement account and be available for a *cy pres* distribution pursuant to the Court's orders (ECF No. 1027 and 1028).

Dated: Sept. 10, 2021              Respectfully submitted,

                         /s/ Whitney E. Street
                         Whitney E. Street
                         **BLOCK & LEVITON LLP**

---

[1] This amount consists of: $15,424.49 from the Court-approved $250,000 budget for administration of the settlement, which costs were not ultimately incurred; $106,453.58 from uncashed checks that are past the stale date; and $173,527.39 from the amount set aside for various contingencies.

100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 968-1852
wstreet@blockesq.com

/s/ Robert S. Green
Robert S. Green
James Robert Noblin
**GREEN & NOBLIN, P.C.**
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
gnecf@classcounsel.com

*Co-Lead Counsel for Indirect Purchaser Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically and served on all counsel via the Court's ECF system on Sept. 10, 2021, and is available for viewing and downloading from the ECF system.

/s/ Whitney E. Street
Whitney E. Street
