IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMESTIC DRYWALL ANTITRUST LITIGATION**<br><br>**IN RE: INDIRECT PURCHASER CLASS ACTION SETTLEMENT** | **MDL NO. 13-2437** |

## ORDER RE: CY PRES AWARD

**AND NOW**, this 5th day of October, 2021, it is hereby **ORDERED:**

1. Indirect Purchaser Plaintiffs' Motion for an Order Closing Settlement Fund and Authorizing Cy Pres Distribution of Residual Settlement Funds (ECF No. 1023) is **GRANTED**.

2. The *cy pres* award in the amount of $295,405.46 is awarded to the Enterprise Center in accordance with the foregoing memorandum, to be expended for the established purposes of this organization, within one (1) year.

3. Pursuant to Federal Rule of Civil Procedure 53, the Court having given the parties notice (ECF No. 1029) and an opportunity to be heard on this issue, Honorable Michael J. Stiles, former Judge of the Philadelphia Court of Common Pleas, and former United States Attorney in this District, is **APPOINTED** as Special Master in this case to review the disbursements by the Enterprise Institute, to be available to Ms. Clark for consultation, to conduct appropriate overview of the disbursement of these funds, and to periodically report to the Court. The Court has determined that a fee of $500.00 per hour is reasonable and will be paid to him periodically and/or at the conclusion of his service.

    a. The Master must proceed with all reasonable diligence.

    b. The Master may communicate *ex parte* with the Court or a party or with an agent of a party or a consultant or expert retained by a party.

    c. The Master shall keep a record of his activities and time spent of the activities.

    d.    The Master should report to the Court at least every ninety (90) days as to progress or lack of progress and evaluation of the positions the parties are taking and his efforts to resolve them, together with recommendations.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-md-2437\order to memo re to cy pres award .docx