IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION<br><br>HOME DEPOT U.S.A., INC.<br><br>v.<br><br>LAFARGE NORTH AMERICA INC. | CIVIL ACTION<br><br>MDL No. 13-2437<br><br>Case No. 18-cv-5305 |

## ORDER

AND NOW, this 5th day of November, 2021, upon due consideration of Home Depot U.S.A., Inc.'s Motion for Certification Under 28 U.S.C. § 1292(b) (ECF No. 142), Defendant Lafarge North America Inc.'s Opposition to Plaintiff Home Depot's Motion for Certification Under 28 U.S.C. § 1292(B) (ECF No. 143), and Home Depot U.S.A. Inc.'s Reply in Further Support of its Motion for Certification under 28 U.S.C. § 1292(b) (ECF No. 144) and for the reasons set forth in the accompanying Memorandum dated November 5, 2021, IT IS HEREBY ORDERED that Home Depot's Motion for Certification is GRANTED.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**