**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437 13-MD-2437** |
| **THIS DOCUMENT RELATES TO:** **DIRECT PURCHASER ACTIONS** | |

**DIRECT PURCHASER PLAINTIFFS' STATEMENT
REGARDING THE QUALIFIED SETTLEMENT FUND**

Co-Lead Counsel for the Direct Purchaser Plaintiffs respectfully submit this statement regarding the distribution of the Qualified Settlement Fund. Direct Purchaser Plaintiffs complied with the Court's Order Approving Plan of Distribution (ECF No. 765) and the Order Approving Distribution of the Remaining Settlement Funds (ECF No. 887). As a result of a robust response by authorized claimants, the funds in the Qualified Settlement Fund have been exhausted.

Dated: February 17, 2022

Respectfully submitted,

*/s/ Jeffrey L. Spector*
Jeffrey J. Corrigan
Jeffrey L. Spector
SPECTOR ROSEMAN &
 KODROFF P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Email: jcorrigan@srkattorneys.com
        jspector@srkattorneys.com

*/s/ Candice J. Enders*
Eric L. Cramer
Candice J. Enders
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ecramer@bm.net
        cenders@bm.net

_/s/ Brent W. Johnson_
Kit A. Pierson
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Email: kpierson@cohenmilstein.com
        bjohnson@cohenmilstein.com

_Co-Lead Counsel for Direct Purchaser Class Plaintiffs_