# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | **MDL No. 2437**<br>**13-MD-2437**<br>**Honorable Michael M. Baylson** |
| THIS DOCUMENT RELATES TO:<br>*Home Depot U.S.A., Inc. v. Lafarge North America Inc.*, No. 2:18-cv-05305-MMB (E.D. Pa.) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and among the parties through their undersigned counsel, that the above-captioned action be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Respectfully submitted, this 12th day of January, 2024.

| | |
|---|---|
| By: /s/ G. Patrick Watson<br>G. Patrick Watson<br>Lindsay S. Johnson<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1201 West Peachtree Street, Suite 1400<br>Atlanta, Georgia 30309<br>404-572-6846<br>patrick.watson@bclplaw.com<br>lindsay.johnson@bclplaw.com<br><br>Emilee L. Hargis<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Telephone: (314) 259-2028 | By: /s/ Tarek Ismail<br>Tarek Ismail<br>Jennifer L. Greenblatt<br>Laura Sexton<br>Edward Dumoulin<br>Betsy Farrington<br>GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP<br>200 South Wacker Dr., 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 681-6000<br>tismail@goldmanismail.com<br>jgreenblatt@goldmanismail.com<br>lsexton@goldmanismail.com<br>edumoulin@goldmanismail.com<br>bfarrington@goldmanismail.com |

| | |
|---|---|
| Facsimile: (314) 552-8028<br>emilee.hargis@bclplaw.com | *Counsel for Defendant Lafarge North America Inc.* |

Ronan P. Doherty
Frank M. Lowrey
John H. Rains IV
BONDURANT MIXSON & ELMORE, LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
doherty@bmelaw.com
lowrey@bmelaw.com
rains@bmelaw.com

*Counsel for Plaintiff Home Depot U.S.A., Inc.*